Respondent, v. GEORGE EHRET, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN B. BREYMANN and Others v. MORRIS & CUMMINGS DREDGING COMPANY. — Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOHN FINCK, Respondent, v. CHARLES A. WORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

MOESCHA ROSENBERG, Respondent, v. LOUIS BERGMAN and Another, Doing Business under the Firm Name of L. BERGMAN & Co., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

ELLEN THOMPSON PHILLIPS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs, unless plaintiff stipulates to reduce the amount of the verdict to $3,000; in which event the judgment and order appealed from are reversed, without costs of this appeal, and the verdict as so reduced reinstated, and judgment ordered to be entered thereon, with costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER ILARDI, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

JULIA DOLZ, Respondent, v. BERTRAM R. PERKINS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

HUYLER'S, Appellant, v. BROADWAY-JOHN STREET CORPORATION, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

HUYLER'S, Appellant, v. BROADWAY-JOHN STREET CORPORATION, Respondent. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

FRANK CONTI, as Administrator, etc., of ANNA CONTI, Deceased, Respondent, v. OPPENHEIMER CASING Co., INC., Appellant, Impleaded with CHATHAM TRUCKING Co., INC., and Another.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the authority of *Charles* v. *Barrett* (233 N. Y. 127) and *Braxton* v. *Mendelson* (Id. 122). Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

GEORGE A. FOURNIER, Appellant, v. SLAWSON & HOBBS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ

MARY J. O'CONNELL, an Infant, by MICHAEL F. O'CONNELL, Her Guardian ad Litem, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

WILLIAM H. BALDWIN and Others, as Copartners, etc., Respondents, v. CARAVEL